UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK SENIOR, *on behalf of himself and all others similarly situated*,<br><br>       Plaintiff,<br><br>    v.<br><br>VALLEY FOOD VENTURES, LLC,<br><br>       Defendant. | 24-CV-1100 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On February 21, 2024, the Court ordered the parties to submit a joint letter within forty-five days of service of the summons and complaint, requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* Dkt. 6. An electronic summons was issued to Defendant on February 15, 2024, *see* Dkt. 5, although Defendant has not yet filed an appearance or Answer. To date, the parties have not yet filed a joint letter.

  The parties shall submit their joint letter no later than May 10, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  April 26, 2024
     New York, New York

                   _____
                   Ronnie Abrams
                   United States District Judge